SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN THE MATTER OF:                                                    CHAPTER 13

TIMOTHY J. WHEELER                                    CASE NO.: 13-52234-KMS
JAN Y. WHEELER                                                 Amending Dk.#12

### AMENDED ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings and/or income to the jurisdiction of this Court and that the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), and § 1326(a)(1)(A), that the Debtor:

**TIMOTHY J. and JAN Y. WHEELER**
**14965 MILL RIDGE ROAD**
**SAUCIER, MS 39574**

is hereby directed to pay by money order or cashier's check the sum of  \*\***$2,706.00**, **per Month, effective IMMEDIATELY.  Certified funds must include a case number, payable to Warren A. Cuntz, Jr., Trustee and mailed to:**

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS  39505-3749**

☎ **(228) 831-9531 ✦ (228) 831-9902** 🖶

unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor is released from making further plan payments.

**##END OF ORDER##**